UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| BLUE GRASS MANUFACTURING COMPANY OF LEXINGTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEYOND A BLADE, INC., FLUSH-CUT, INC., and PAWS OFF TOOLS, LLC <br><br> Defendants. | No. MC 10-80248 WHA (LB) <br><br> **ORDER DIRECTING SUPPLEMENTAL BRIEFING RE *EX PARTE* MOTION FOR PROCESS SERVER TO LEVY EXECUTION** <br><br> [ECF No. 6] |

Plaintiff Blue Grass Manufacturing Company of Lexington, Inc. ("Blue Grass") filed an unopposed *ex parte* motion seeking an order permitting a private process server to levy execution instead of a United States marshal. ECF No. 6.[1] The district court referred the matter to the undersigned on January 25, 2011. ECF No. 10.

The undersigned observes that Judge Alsup has denied a similar request in the past. *See J & J Sports Productions, Inc. v. Steve Sang Ro* (N.D. Cal. Feb. 19, 2010), No. C 09-02860 WHA, ECF No. 42 at 1-2. In *J & J Sports Productions*, the plaintiff obtained a default judgment in the amount of $4,350 against the defendant. *Id.* at 1. Then, the plaintiff moved pursuant to section 699.080 of the California Code of Civil Procedure for an order authorizing a process server – instead of United States marshals perform service – to effectuate service of the writ of execution. *Id.* The plaintiff

---

[1] Citations are to the clerk's electronic case file (ECF) with pin cites to the electronic page numbers at the top (as opposed to the bottom) of the page.

ORDER
(MC 10-80248 WHA (LB))

claimed that this would relieve the United States marshals of the burden of effectuating service. *Id.* Judge Alsup denied the request because writs of execution issued by federal district courts are ordinarily served by United States marshals pursuant to 28 U.S.C. § 566(c), and the plaintiff failed to explain what about the matter justified departing from the normal course of action in which United States marshals perform the duty of service. *Id.* at 1-2. Blue Grass did not address this issue either.

Therefore, the undersigned **ORDERS** Blue Grass to submit supplemental briefing on why the facts of this case militate in favor of application of California Code of Civil Procedure § 699.080 instead of 28 U.S.C. § 566(c) by May 12, 2011.

**IT IS SO ORDERED.**

Dated: May 6, 2011

LAUREL BEELER
United States Magistrate Judge