IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE GRASS MANUFACTURING COMPANY OF LEXINGTON, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>BEYOND A BLADE, INC., FLUSH-CUT, INC., and PAWS OFF TOOLS, LLC,<br><br>    Defendants.<br>                                                / | No. MC 10-80248 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS AND GRANTING PLAINTIFF'S MOTIONS FOR ASSIGNMENT OF RIGHTS, RESTRAINING ORDER AND TURNOVER ORDER AND FOR PROCESS SERVER TO LEVY EXECUTION** |

    The undersigned has reviewed the report and recommendations of Magistrate Judge Laurel Beeler (Dkt. Nos. 21 and 25) regarding plaintiff's motions for assignment of rights, restraining order and turnover order, and for a process server to levy execution (Dkt. Nos. 3 and 6), and agrees that the motions should be granted for the reasons stated therein. No objection was received in response to the reports. This order therefore **ADOPTS** in full the report and recommendations of Judge Beeler.

    **IT IS SO ORDERED.**

Dated: June 30, 2011.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE